MANFRED LENZ, Respondent, v VIRGINIA LENZ, Appellant.

We affirm inasmuch as defendant has not demonstrated that her interests are adverse to those of her child, or that the question of the child's legitimacy is properly in issue at this time. Mollen, P. J., Bracken, O'Connor and Niehoff, JJ., concur.